No. 897. THE PEOPLE, APPELLEE, v. CLIVILLES, APPELLANT.—Aggravated assault and battery. Mayagüez.

No. 928. THE PEOPLE, APPELLEE, v. MUÑOZ, APPELLANT.—False representation. Humacao.

December 9, 1915. Judgments affirmed.

---

No. 1431. VEGA, APPELLANT, v. SANTOS, APPELLEE.—Dominion title proceedings. Guayama. December 14, 1915. Appeal dismissed.

---

No. 932. THE PEOPLE, APPELLEE, v. BORGES, APPELLANT.—Breach of peace. Humacao. December 21, 1915. Judgment affirmed.

---

No. 921. THE PEOPLE, APPELLEE, v. CASANOVAS, APPELLANT.—Aggravated assault and battery. Humacao.

No. 907. THE PEOPLE, APPELLEE, v. GARZOT, APPELLANT.—Aggravated assault and battery. Humacao.

No. 945. THE PEOPLE, APPELLEE, v. MARTÍNEZ, APPELLANT.—Breach of peace. Arecibo.

No. 948. THE PEOPLE, APPELLEE, v. ROMERO, APPELLANT.—Aggravated assault and battery. Humacao.

No. 916. THE PEOPLE, APPELLEE, v. ACEVEDO, APPELLANT.—Offense against the public health. Mayagüez.

December 22, 1915. Judgments affirmed.

---

No. 156. CIVIDANES, PETITIONER, v. LÓPEZ ACOSTA, DISTRICT JUDGE, RESPONDENT.—Certiorari. January 13, 1916. Petition denied.

---

No. 151. RIVERA ET AL., PETITIONERS, v. MARRERO, SECRETARY OF DISTRICT COURT, RESPONDENT.—Mandamus. January 17, 1916. Petition denied.